IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| DONALD L. SAATHOFF, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | CIVIL ACTION NO._____ |
| THE HOME DEPOT U.S.A., INC., | § | |
| d/b/a THE HOME DEPOT, | § | |
| | § | |
| Defendant. | § | **JURY DEMANDED** |

## DEFENDANT HOME DEPOT U.S.A., INC.'S NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW Defendant Home Depot U.S.A., Inc. ("Home Depot"), who files this its

Notice of Removal on the basis of diversity jurisdiction, and would show the Court as follows:

1.      Home Depot U.S.A., Inc. is a defendant in a civil action pending in the District

Court, County of Weld, State of Colorado, entitled *Donald L. Saathoff vs. The Home Depot U.S.A.,*

*Inc., d/b/a The Home Depot*; Case No. 12CV102; (hereinafter referred to as the "State Court

Action").  True and correct copies of all process, pleadings, and orders served upon Home Depot in

the State Court Action are attached hereto as Exhibit "B," as required by 28 U.S.C. § 1446(a).

2.      The State Court Action was filed on February 6, 2012.  Home Depot was served

with process on February 20, 2012.

3.      In his Verified Complaint for Damages with Jury Demand (the "Complaint"),

Plaintiff Donald L. Saathoff claims that on February 14, 2012, he left the store through the store's

exit doors and he slipped and fell on ice, which had formed immediately outside the store.  In his

Complaint, Plaintiff prays for judgment for damages in unspecified amounts for bodily injury,

medical costs, court costs , economic loss, non-economic loss, permanent impairment and any other

relief which the State Court might deem appropriate.  However, the Complaint did not identify or specifically describe Plaintiff's alleged injuries, and did not set forth the amount Plaintiff is seeking to recover in this lawsuit.

4.      On April 11, 2012, Plaintiff served his Disclosures pursuant to C.R.C.P. 26(a)(1) to counsel for Home Depot, a true and correct copy of which is attached hereto as Exhibit "C."  In his Disclosures, Plaintiff itemized the following claimed damages: (1) non-economic losses in the amount of $90,000.00 for pain and suffering; (2) economic losses in the amount of $60,000.00 for medical expenses and future medical expenses and therapy; and (3) $10,000.00 for permanent physical impairment.

5.      Considering Plaintiff's Disclosures wherein Plaintiff itemized his claimed damages in the amount of $160,000, it is now clear that the amount in controversy exceeds $75,000.00, exclusive of interest and costs.  Prior to April 11, 2012, Plaintiff had not served Home Depot with any amended pleading, motion, order, or other paper from which it could be ascertained that Donald Saathoff was seeking to recover more than the minimal jurisdictional limits of the Court. Accordingly, this notice is timely filed within thirty (30) days of Home Depot's receipt of first notice that this Court has jurisdiction over the subject matter of this case as required by 28 U.S.C. § 1446(b).

6.      Plaintiff  Donald L. Saathoff is and was at the time of the filing of this action a citizen of the State of Colorado.

7.      Home Depot is and was at the time of the filing of this action a corporation incorporated under the laws of the State of Delaware with its principal place of business in Atlanta, Georgia.  Consequently, Home Depot is a citizen of the States of Delaware and Georgia, and the district courts of the United States have original jurisdiction over this action based on complete

diversity of citizenship amongst and between the parties, in that Plaintiff and Home Depot are now and were at the time this action commenced, diverse in citizenship from each other.

8.     The amount in controversy in the State Court Action is in excess of $75,000.00, exclusive of interests and costs.   Accordingly, the State Court Action is within the original jurisdiction of this Court pursuant to 28 U.S.C. § 1332, as it is a civil action wholly between citizens of different states, and, the amount in controversy is in excess of the Court's jurisdictional minimum for diversity cases.

9.     Under 28 U.S.C. § 1446(a), venue of the removed action is proper in this Court as it is the district and division embracing the place where the State Court Action is pending.

10.     Pursuant to 28 U.S.C. § 1446(d), Home Depot will promptly give written notice of the filing of this notice of removal to Plaintiff and will further file a copy of this Notice of Removal with the District Court, County of Weld, State of Colorado, where the action was previously pending.  (*See* Notice of Filing Notice of Removal, attached as Exhibit "D").

11.     **Jury Demand** – Home Depot hereby requests trial by jury on all issues and claims in this cause.

WHEREFORE, Home Depot U.S.A., Inc. hereby removes the case styled *Donald L. Saathoff vs. The Home Depot U.S.A., Inc.*; Case No. 12cv102, and respectfully request that this Court assume full jurisdiction of this proceeding for all purposes as if originally filed in this Court, including but not limited to issuing any orders necessary to stay proceedings in the State Court Action.

Respectfully submitted,


By:  ___/s/  Arthur K. Smith_____
       Arthur K. Smith
       Attorney-in-Charge
       Atty. Reg. # 41703


       LAW OFFICES OF ARTHUR K. SMITH,
       A Professional Corporation
       507 Prestige Circle
       Allen, Texas  75002
       Telephone:  (469) 519-2500
       Facsimile:  (469) 519-2555

       ATTORNEY FOR DEFENDANT
       HOME DEPOT U.S.A., INC.


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of May, 2012, a true and correct copy of the foregoing **NOTICE OF REMOVAL with exhibits** has been filed with the Court using the Court's Electronic Case Filing System, and also served a true and correct copy of the foregoing via certified mail, return receipt requested, to the following:

    Ron A. Kingsford
    Kingsford Law Offices
    825 10th Street
    Suite 100
    Greeley, CO 80631
    *Counsel for Plaintiff*


       ___/s/  Arthur K .Smith_____
       Arthur K. Smith